IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Boards of Trustees for the :
Ohio Laborers' Fringe Benefit
Programs, :

    Plaintiff, :

v. : Case No. 2:07-cv-0242

Douglas Wilcox, individually : JUDGE WATSON
and d/b/a Wilcox Masonry,
 :
    Defendant.

ORDER

There having been no objections filed to the Magistrate Judge's Report and Recommendation which was filed on September 20, 2007, that Report and Recommendation is ADOPTED. The defendant is hereby ADJUDGED in contempt of Court for failing to produce records in accordance with this Court's order of June 5, 2007. The case shall continue to be referred to the Magistrate Judge for purposes of holding a hearing on what sanctions should be imposed, which hearing is currently scheduled for October 19, 2007.

_____
Michael H. Watson, Judge
United States District Court